UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>       Plaintiff,<br>vs.<br><br>S & L PROPERTIES GREENWOOD, LLC,<br>a Wisconsin Limited Liability Company,<br><br>       Defendant. | ) <br>) <br>) CASE NO.: 1:18-cv-03776-RLY-DLP<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety without prejudice.

Respectfully Submitted,

By: */s/ Louis Mussman*
    Louis I. Mussman, Esq.
    Bar No. 597155
    Ku & Mussman, P.A.
    18501 Pines Blvd, Suite 209-A
    Pembroke Pines, FL 33029
    Tel: (305) 891-1322
    Fax: (305) 891-4512
    Louis@KuMussman.com

and

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:

Candace Bankovich
Celia M. Pauli
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150

Meg Vergeront
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784

By: */s/ Louis Mussman*
Louis I. Mussman, Esq.